Ellsworth Funk, Appellee, v. Illinois Central Railroad Company, Appellant.

Gen. No. 45,015.

Heard in the first division, first district, this court at the October term, 1949. John W. Freels, Herbert J. Deany and Fulmer Long, for appellant; Vernon W. Foster and Charles A. Helsell, of counsel; Leo M. Tarpey, for appellee. Opinion by Justice Niemeyer. Not to be published in full. Opinion filed June 5, 1950; released for publication June 26, 1950.